**SEALED**

PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

FEB - 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GAGIK NERSESYAN, <br> MKRTYCH ROBERTOVIC SARGSYAN, <br> OGANES EMIRZYAN, <br><br> Defendants. | CASE NO. 2:17-CR-0028 TLN <br><br> ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Brian A. Fogerty to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: Feb. 9, 2017

_____
Hon. Deborah Barnes
United States Magistrate Judge

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3