PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>GAGIK NERSESYAN, et al,<br><br>                        Defendants. | CASE NO. 2:17-CR-28 TLN<br><br>[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the third defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated: February 10, 2017

HON. DEBORAH BARNES
United States Magistrate Judge