FILED
February 16, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 2:17CR00028-TLN |
| Plaintiff,           ) | |
| v.           ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GAGIK NERSESYAN,           ) | |
| ) | |
| Defendant.           ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   GAGIK NERSESYAN  , Case No. 2:17CR00028-TLN , Charge  18USC § 371; 1029(a)(3), 1028(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

✔   Unsecured Appearance Bond $25,000.00

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)        Pretrial conditions as stated on the record.

The defendant's release is delayed until 2/17/2017 at 9:00 a.m.

Issued at  Sacramento, CA  on  February 16, 2017  at  8:41 am  .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court