UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GAGIK NERSESYAN,<br><br>        Defendant. | CR. NO. 2:16-124 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GAGIK NERSESYAN,<br><br>        Defendant. | CR. NO. 2:17-28 TLN |

----oo0oo----

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) because

1

1  both cases involve the same defendant and similar evidentiary
2  issues.  Accordingly, the assignment of the matters to the same
3  judge is likely to effect a substantial saving of judicial effort
4  and is also likely to be convenient for the parties.
5       The parties should be aware that relating the cases
6  under Local Rule 123 merely has the result that both actions are
7  assigned to the same judge; no consolidation of the actions is
8  effected.  Under the regular practice of this court, related
9  cases are generally assigned to the judge to whom the first filed
10 action was assigned.
11      IT IS THEREFORE ORDERED that the actions denominated
12 United States v. Nersesyan, Cr. No. 2:16-124 WBS, and United
13 States v. Nersesyan, Cr. No. 2:17-28 TLN, be, and the same hereby
14 are, deemed related.  The case denominated United States v.
15 Nersesyan, Cr. No. 2:17-28 TLN, shall be reassigned to the
16 Honorable WILLIAM B. SHUBB.  Any dates currently set in the
17 reassigned case only are hereby VACATED.  Henceforth, the
18 captions on documents filed in the reassigned case shall be shown
19 as United States v. Nersesyan, Cr. No. 2:17-28 WBS.
20      IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriated adjustment in the assignment of cases to compensate
22 for this reassignment.
23 Dated:  March 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE