HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MKRTYCH SARGSYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-028 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| MKRTYCH SARGSYAN, et al., | ) | Date:  March 20, 2017 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Mkrtych Sargsyan, and William Portanova, attorney for defendant, Gagik Nersesyan, and Ruzanna Poghosyan, attorney for defendant, Oganes Emirzyan, that the status conference scheduled for March 20, 2017 be vacated and continued to April 10, 2017 at 9:00 a.m.

The Government has produced voluminous bank records and numerous audio/video files.  Defense counsel for Mr. Nersesyan, Mr. Sargsyan and Mr. Emirzyan require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their clients about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of March 14, 2017, the date of the parties' stipulation, through and including April 10, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense  preparation.

1    DATED: March 15, 2017                Respectfully submitted,

2                                         HEATHER E. WILLIAMS
                                          Federal Defender
3

4                                         /s/ Sean Riordan
                                          SEAN RIORDAN
5                                         Assistant Federal Defender
                                          Attorney for MKRTYCH SARGSYAN
6

7                                         /s/ William J. Portanova
                                          WILLIAM J. PORTANOVA
8                                         Attorney for GAGIK NERSESYAN

9                                         /s/ Ruzanna Poghosyan
                                          RUZANNA POGHOSYAN
10                                        Attorney for OGANES EMIRZYAN

11

12   DATED: March 15, 2017                PHILLIP A. TALBERT
                                          United States Attorney
13

14                                        /s/ Brian Fogerty
                                          BRIAN FOGERTY
15                                        Assistant United States Attorney
                                          Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>ORDER</u>**

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendants in a speedy trial.

8          The Court orders from the time of the parties' stipulation, March 14, 2017, up to and

9   including April 10, 2017, shall be excluded from computation of time within which the trial of

10  this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12  **is further ordered** the March 20, 2017 status conference shall be continued until April 10, 2017,

13  at 9:00 a.m.

14

15  Dated:  March 15, 2017

16                                                                                    _____

17                                                                                    WILLIAM B. SHUBB
                                                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28