WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Gagik Nersisyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAGIK NERSISYAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. 2:17-cr-00028 WBS** <br><br> **STIPULATION AND** <br> **~~PROPOSED~~ ORDER** <br> **CONTINUING MOTION FOR** <br> **REVOCATION OF MAGISTRATE** <br> **JUDGE'S ORDER AUTHORIZING** <br> **RELEASE PENDING TRIAL** |

**STIPULATION**

With the Court's permission, defendant Gagik Nersisyan, and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

The government's Motion for Revocation of Magistrate Judge's Order Authorizing Release Pending Trial is now set to be heard March 20, 2017. By this stipulation, the parties agree to continue the hearing on this Motion to April 17, 2017 at 9:00 a.m., and to exclude time between March 20, 2017 and April 17, 2017 under Local Code T4.

1. The parties agree and stipulate, and request that the Court find the following:
    a. The discovery associated with this case includes but is not limited to hundreds of hours of audio recordings that require translation.

b. Counsel for defendant desires additional time to consult with his client, review the discovery provided and to conduct investigation and research related to the charges.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial date must commence, the time period of March 20, 2017 to April 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g. The defendant is presently detained under separate Order in Case number 16-00124 WBS and that matter is presently set for Judgment and Sentencing on the proposed new date for the hearing on this Motion, April 17, 2017 at 9:00 a.m.

//
//
//
//
//

//

//

//

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 15, 2017

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Counsel for Defendant
GAGIK NERSESYAN

DATED: March 15, 2017

/s/ Brian Fogerty
_____
BRIAN FOGERTY
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

Dated: March 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE