WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Gagik Nersesyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GAGIK NERSESYAN,<br><br>          Defendant. | Case No. 17-Cr.-00028-WBS<br><br>**SUBSTITUTION OF ATTORNEY, REQUEST FOR APPPOINTMENT OF COUNSEL, AND [**~~PROPOSED~~**] ORDER** |

     With the Court's permission, Gagik Nersesyan requests the appointment of an attorney to represent him in both of his pending cases, 16-CR-00124 WBS, presently set for sentencing on June 12, 2017 and 17-CR-00028 WBS, presently set for first appearance in U.S. District Court on April 10, 2017, replacing retained counsel William J. Portanova.  These cases involve a common investigation involving the same undercover informant, the same investigating agents and the same period of time.

     The Federal Defender's Office supports this request for substitution in both cases.

///

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
2:16-CR-00124-WBS

///

I consent to the above substitution.

Dated: March 29, 2017                                  /s/ Gagik Nersesyan
                                                       _____
                                                       GAGIK NERSESYAN
                                                       Defendant

I consent to being substituted out.

Dated: March 29, 2017                                  /s/ William J. Portanova
                                                       _____
                                                       WILLIAM J. PORTANOVA
                                                       Former Attorney

I consent to being substituted in.

Dated: March 29, 2017                                  /s/ Bruce Locke, CJA
                                                       _____
                                                       BRUCE LOCKE
                                                       New Attorney, CJA

The Substitution of Attorney is hereby approved and CJA Counsel is appointed **in case No. 17-CR-00028 WBS only.**

**It is so ORDERED.**

Dated: April 3, 2017                                   _____
                                                       WILLIAM B. SHUBB
                                                       UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
2:16-CR-00124-WBS