| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MKRTYCH SARGSYAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-028 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| GAGIK NERSESYAN, et. al., | ) | Date: October 5, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorneys for Mkrtych Sargsyan, and Bruce Locke, attorney for defendant, Gagik Nersesyan, and Ruzanna Poghosyan, attorney for defendant, Oganes Emirzyan, that the status conference scheduled for October 16, 2017 be vacated and continued to January 8, 2018 at 9:00 a.m.

Defense counsel require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their clients about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of October 5, 2017, the date of the parties' stipulation, through and including January 8, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference

-1-

DATED: October 5, 2017    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for MKRTYCH SARGSYAN

*/s/ Bruce Locke*
BRUCE LOCKE
Attorney for GAGIK NERSESYAN

*/s/ Ruzanna Poghosyan*
RUZANNA POGHOSYAN
Attorney for OGANES EMIRZYAN

DATED: October 5, 2017    PHILLIP A. TALBERT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, October 5, 2017, up to and including January 8, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the October 16, 2017 status conference shall be continued until January 8, 2018, at 9:00 a.m.

Dated: October 6, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE