Bruce Locke (#177787)
Moss & Locke
4359 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Gagik Nersesyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAGIK NERSESYAN,<br><br>　　　　Defendants. | No. 17-CR-00028 WBS-1<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE** |

Based upon the recommendation of Darryl Walker of Pretrial Services, it is hereby stipulated between the defendant, Gagik Nersesyan, by and through his undersigned attorney, and the United States, by and through its undersigned attorney, that the conditions of Mr. Nersesyan's release should be modified to remove the following condition:

> **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

It is further stipulated that the following condition should be added to the conditions of Mr. Nersesyan's release:

> **CURFEW:** You must remain inside your residence every day from **5:00 p.m. to 8:00 a.m.,** or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

1

DATED: October 17, 2017 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Gagik Nersesyan

DATED: October 17, 2017 /s/ Bruce Locke
For JUSTIN LEE
Assistant United States Attorney
Attorney for the United States

IT IS SO ORDERED.

Dated: October 17, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE