Bruce Locke (#177787)
Moss & Locke
4359 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Gagik Nersesyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAGIK NERSESYAN,<br><br>　　　　Defendants. | No. 17-CR-00028 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

It is hereby stipulated between the defendant, Gagik Nersesyan, by and through his undersigned attorney, and the United States, by and through its undersigned attorney, that the conditions of Mr. Nersesyan's release should be modified to allow him to attend his nephew's wedding on November 11, 2017 in Sacramento so long as he is home by 10 p.m., that evening. Mr. Nersesyan's pretrial officer has agreed to this modification.


DATED: November 9, 2017          /s/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Gagik Nersesyan


DATED: November 9, 2017          /s/ Bruce Locke
                                 For BRIAN FOGERTY
                                 Assistant United States Attorney
                                 Attorney for the United States

1

IT IS SO ORDERED.

Dated: November 9, 2017

> _Kendall J. Newman_
> KENDALL J. NEWMAN
> UNITED STATES MAGISTRATE JUDGE