HAYES H. GABLE, III
Attorney at Law - SBN 60368
1001 G Street, Suite 104
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
Gagik Nersesyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-0028-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE,** |
| | ) | **AND TO EXCLUDE TIME** |
| | ) | |
| Gagik Nersesyan, | ) | Date: February 12, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, Michael Long attorney for Mkrtych Sargsyan, and Hayes Gable, III, attorney for defendant Gagik Nersesyan, and Ruzanna Poghosyan, attorney for defendant, Oganes Emirzyan, that the status conference scheduled for February 12, 2018 be vacated and continued to April 23, 2018 at 9:00 a.m.

Defense counsel require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their clients about how to proceed in this case. Additionally, both Mr. Long and Mr. Gable were recently appointed in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of February 9, 2018, the date of the parties' stipulation, through and including April 23, 2018; pursuant to 18 U.S.

1

Stipulation and [Proposed] Order to Continue Status Conference

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully Submitted

Dated: February 9, 2018.

/s/ Michael Long
MICHAEL LONG
Assistant Federal Defender
Attorney for MKRTYCH SARGSYAN
(original signature on file)

/s/ Hayes Gable, III
HAYES GABLE, III
Attorney for GAGIK NERSESYAN
(original signature on file)

/s/ Ruzanna Poghosyan
RUZANNA POGHOSYAN
Attorney for OGANES EMIRZYAN
(original signature on file)

DATED: February 9, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as it order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, February 9, 2018, up to and including April 23, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4. **It is further ordered** the February 12, 2018 status conference shall be continued until April 23, 2018, at 9:00 a.m.

Dated: February 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE