1  HAYES H. GABLE, III
   Attorney at Law - SBN 60368
2  1001 G Street, Suite 104
   Sacramento, California 95814
3  Telephone: (916) 441-0562
4  Facsimile: (916) 447-2988

5  Attorney for Defendant
   GAGIK NERSESYAN
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 17-CR-00028 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY CONDITIONS OF RELEASE** |
| GAGIK NERSESYAN, | |
| Defendants. | |

Based upon the recommendation of Pretrial Services Officer Darryl Walker, it is hereby stipulated between the defendant, Gagik Nersesyan, by and through his undersigned attorney, and the United States, by and through its undersigned attorney, that the special conditions of Mr. Nersesyan's release should be modified to remove the following condition:

> 12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

All other special conditions (as previously modified) shall remain in full force and effect.

DATED: February 15, 2018   /s/ Hayes H. Gable III
HAYES H. GABLE III
Attorney for Gagik Nersesyan


DATED: February 15, 2018   /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney
Attorney for the United States

IT IS SO ORDERED.

DATED:  February 15, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE