MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-28-01 WBS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GAGIK NERSESYAN, | |
| Defendant. | |

The Court GRANTS the United States' motion to dismiss the indictment as to defendant Gagik Nersesyan. The Court VACATES the motion hearing and status conference set for April 23, 2018 as to this defendant only.

SO ORDERED.

Dated: April 20, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1